# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY**

FILED
VANESSA L. ARMSTRONG, CLERK
OCT 06 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Earl Vincent, Jr.
_____

(Full name of the Plaintiff(s) in this action)

v.

Kevin Mazza
_____

CIVIL ACTION NO. 4:20CV-169JHM
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(_) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

### I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Earl Vincent, Jr.

Place of Confinement: Green River Correctional Complex

Address: 1200 River Road, P.O. Box 9300, Central City, Ky 42330-9300

Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE (_)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant  Kevin Mazza  is employed as  Warden  at  Green River Correctional Complex .

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.  PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s):  _____N/A_____

Defendant(s): _____

_____

Court (if federal court, name the district.  If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

1. The Plaintiff, Earl Vincent, Jr. #212333 ("Vincent"), a seventy-seven (77) year old inmate who is currently in the custody at Green River Correctional Complex ("GRCC"). Vincent also suffers from multiple serious medical conditions.

2. Plaintiff Vincent's incarceration amid the COVID-19 outbreak in GRCC violates his rights to constitutional conditions of confinement under the Eighth Amendment in which Corrections Officials have a constitutional obligation to protect incarcerated people from a substantial risk of serious harm.

3. This constitutional obligation requires Defendant Warden Kevin Mazza to protect incarcerated people like Plaintiff Vincent from infectious diseases like COVID-19; and may not wait until someone tests positive for the virus and a outbreak begins.

## III. STATEMENT OF CLAIM(S) continued

4. As a tragic combination of infectious and deadly, the Coronavirus disease which first emerged in China in 2019 (hence COVID-19), and which has now made its way literally around the world, poses a once-in-a-lifetime threat on a world-wide scale. Every State and Territory in the United States has now been impacted, with more than ___ million Americans infected and at least 200,000 deaths reported to the Centers for Disease Control and Prevention (CDC). Even under ordinary conditions, each person who contracts this illness can be expected to infect between 2 and 3 others.

5. Cramped, overcrowded prisons amplify this threat. With hundreds of people literally stacked on top of each other and unable to move around without rubbing shoulders, such environments are fundamentally incompatible with medically-indicated social distancing and hygiene protocols. As a result, they present a grave threat not only to prisoners and staff, but also to the broader community by enabling the spread of COVID-19 both inside and outside the prison walls.

See Attached Sheets

## IV.  RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

__✓__ award money damages in the amount of $ __10 million dollars__

_____ grant injunctive relief by_____

__✓__ award punitive damages in the amount of $ __5 million dollars__

_____ other: _____

## V.  DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __1__ day of __October__, 20__20__

_Earl J Vincent_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on __October 1, 2020__.

_Earl J Vincent_
(Signature)

1.

6. Mr. Vincent suffers from chronic obstructive pulmonary disorder (COPD); hypertension; coronary artery disease, including at least one myocardial infarction; angina pectoralis, gastric reflux, microalbinuria, and severe osteoarthrosis in his right knee relating to an electrocution injury Mr. Vincent suffered while working as a lineman. These, combined with his age of seventy-seven 77 years old, places Mr. Vincent in the high-risk category for severe illness. On May 1, 2020, the result of Mr. Vincent's coronavirus test came back positive. (See attached copy of Vincent's test results).

7. GRCC has neither the capacity nor the ability to comply with public health guidelines to manage the outbreak of COVID-19 currently ravaging the facility, and absent relief measures cannot provide for the safety of Mr. Vincent.

8. Defendant Kevin Mazza's actions and inactions result in the confinement of Mr. Vincent in a prison where GRCC personnel have not followed and seem incapable of following public health guidance regarding social distancing and personal hygiene, and treating or preventing COVID-19 outbreaks and deaths, all of which violates Plaintiff Vincent's rights to be free from deliberate indifference to a substantial risk of serious harm or death—that is, to receive adequate treatment and medical care, and social distancing in the face of COVID-19.

9. By failing to implement controls necessary to contain the COVID-19 outbreak and stop preventable deaths at GRCC, Defendant

2.

has violated The Eighth Amendment rights of The Plaintiff, And has risked what Time Plaintiff has Left on This Earth.

A large number of STAFF AT GRCC have Stop wearing protective Face masks which again exposes Plaintiff Vincent To The infectious And deadly coronavirus disease in violation of his Eighth Amendment right under The U.S. Constitution.



632 Russell St.
Covington, KY 41011

Phone: (855) 841-7111
Fax: (859) 581-4086
CLIA ID: 18D1100471
Lab Director: Marc Rumpler, PhD

| PATIENT | | SPECIMEN | | PHYSICIAN | |
|---|---|---|---|---|---|
| Name | VINCENT, EARL | Specimen ID | 2005012818 | Provider | STACK, STEVEN |
| Patient ID | P20122317-1 | Collection Date | 04/30/2020 | Location | KYH/ Green River Correctional Complex KY Dept. of Public Hea |
| Gender | Male | Received Date | 05/01/2020 | Client # | 720067 |
| Date of Birth | 10/26/1942 | Report Date | 05/01/2020 | Phone | Fax |

The SARS-CoV-2 assay is a real-time RT-PCR test intended for the qualitative detection of nucleic acid from the SARS-CoV-2 in respiratory specimens from individuals. Testing is limited to the guidelines of FDA Emergency Use Authorization FDA for performing SARS-CoV-2 testing.

Requisition Number: **O-0067-20122-3817**

| Test | Result | Reference |
|---|---|---|
| **COVID-19** | | |
| *Positive results are indicative of active infection. Laboratories within the United States and its territories are required to report all positive results to the appropriate public health authorities.* | | |
| SARS-CoV-2 | POSITIVE | Negative |

All testing is considered laboratory developed and performance characteristics are determined by Gravity Diagnostics, LLC. It has not been cleared nor approved by the FDA. The laboratory is accredited through CLIA and deemed qualified to perform high-complexity testing. Such testing is used for clinical purposes and should not be regarded as investigational or for research.

Originally Reported On: 05/01/2020        Print Date: 05/07/2020        Specimen ID:   Patient ID: P20122317-1
                                                                        Lab Results For: VINCENT, EARL

Page 1 of 1

Earl Vincent #212333
Dorm 1 BL-04
Green River Correctional Complex
1200 River Road · P.O. Box 9300
Central City, Ky. 42330-9300

Office Of The Clerk
United States District Court
Room 126 Federal Bldg.
423 Frederica Street
Owensboro, Kentucky 42301

Green River Correctional Complex
Inmate Mail=Not Responsible for Contents