**COMMONWEALTH OF KENTUCKY**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**
**Case 4:20-cv-00169-JHM**

Electronically Filed

**EARL VINCENT, JR.**                                                            **PLAINTIFF**

**v.**                                  **NOTICE OF DEATH**

**KEVIN MAZZA**                                                          **DEFENDANT**

      Comes Defendant Kevin Mazza, by counsel, and gives notice that Mr. Earl Vincent is decease. Mr. Vincent died on February 1, 2021 as shown on the attached Notice of Death. Probate has been opened in Edmondson District Court styled In Re: Estate of Earl Vincent, Case No. 21-P-53. A copy of this Notice will be served on counsel for his estate as shown on the attached Petition to Dispense with Administration.

                                                                    Respectfully submitted,

                                                                    */s/ Edward Baylous*
                                                                    Edward Baylous, KY Bar # 86971
                                                                    Justice & Public Safety Cabinet
                                                                    Office of Legal Services
                                                                    125 Holmes Street, 2nd Floor
                                                                    Frankfort, Kentucky 40601
                                                                    Telephone: (502) 564-8231
                                                                    Fax: (502) 564-6686
                                                                    Counsel for Defendant, Kevin Mazza

## **CERTIFICATION**

      I hereby certify that on April 29, 2021, I electronically filed this document with the Court by using the electronic filing system, and mailed a copy of the foregoing document first class, postage prepaid, to the following:

Maureen Sullivan
Kentucky Home Life Building
239 South Fifth Street, Suite 1700
Louisville, KY 40202
*Attorney for the Estate of Earl Vincent*

                                                                                     */s/ Edward Baylous*
                                                                                  Edward Baylous
                                                                                  *Counsel for Defendant, Kevin Mazza, Warden of GRCC*