

# JUSTICE AND PUBLIC SAFETY CABINET

**Andy Beshear**
Governor

**Justice Mary C. Noble, Ret.**
Secretary

**Department of Corrections**
P.O. Box 2400
Frankfort, Kentucky  40602
Phone (502) 564-4726
Fax (502) 564-5037
www.kentucky.gov

**Cookie Crews**
Commissioner

**Randy White**
Deputy Commissioner

## MEMORANDUM

**TO:** All Concerned

**FROM:** Randy White, Deputy Commissioner

**DATE:** February 3, 2021

**SUBJECT:** Report of Death - Earl Vincent, #212333

This memo is to report the death of Inmate, Earl Vincent, #212333, of the Green River Correctional Complex.  Mindy Masden, Admin. Spec. lll provided this information.

Inmate Vincent was pronounced dead at approximately 7:33 p.m. on Monday, February 1, 2021, at the Owensboro Health Regional Hospital.  The cause of death is cardiopulmonary arrest secondary to respiratory failure.  The inmates' next of kin has been notified.

Inmate Vincent was a 78-year old white/male sentenced to serve a 50 years sentence for Rape lst Degree Victim LT 12 YOA (Violent Crime) (Sex Crime: ; Sodomy lst degree Victim LT 12 YOA (Violent Crime) (Sex Crime); Sexual Abuse lst Degree (Sex Crime), Incest (Sex Crime).

Inmate Vincent was convicted from Edmonson County and received by the institution on May 22, 2008.

The Governor's Office and proper authorities have been notified.

cc:  Justice Mary C. Noble, Ret., Secretary, Justice & Public Safety Cabinet
     Cookie Crews, Commissioner
     Lisa Lamb, Director of Communications
     Cookie Crews, Administrator of Health Services Administration
     Erica Hargis, Director, P & P
     Records Office (GRCC)
     Probation and Parole, Fugitive Section, Louisville

